# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GLOBAL CURE MEDICINE LLC, | CASE NO. C19-588 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALFA PHARMA LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Based on the representations of counsel for Defendant:

1. Defendant's pending Motion to Dismiss (Dkt. No. 12) is STRICKEN as moot based on Plaintiff's filing of its First Amended Complaint (Dkt. No. 17).
2. Plaintiff's Motion to Amend to Add a Party and File a Second Amended Complaint (Dkt. No. 21) is unopposed by Defendant and therefore GRANTED.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed August 5, 2019.

                                    William M. McCool
                                    Clerk of Court

                                     s/Paula McNabb
                                    Deputy Clerk