THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

GLOBAL CURE MEDICINE, LLC, foreign limited liability company,

Plaintiff,

vs.

ALFA PHARMA, LLC, a Washington limited liability company, and Suliman Al-Fayoumi, a Washington resident,

Defendants.

Civil Action No. 2:19-cv-00588-MJP

**STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE**

**NOTE ON MOTION CALENDAR MARCH 27, 2020**

WHEREAS, the Parties, by and through undersigned counsel, seek a continuance of the current trial date, dates related to trial, and the date for dispositive motions. The following proposed new case schedule is submitted pursuant to the telephone conference with the Court held on March 26, 2020, and the Minute Order, Dkt. No. 34. The parties through counsel have met and conferred and have agreed to hold the deposition of the plaintiff Global Cure Medicine, LLC, by video conference or in person on or before July 15, 2020.

|  | **Current Date** | **New Date** |
| --- | --- | --- |
| **JURY TRIAL DATE** | July 27, 2020 | December 14, 2020 |
| Responses to Requests for Admission | February 28, 2020 | July 14, 2020 |
| Deposition of the Plaintiff Pursuant to FRCP 30(b)(6) | February 28, 2020 | No later than July 14, 2020 |

**STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE** - 1
Civil Action No. 2:19-cv-00588-MJP

| All dispositive motions must be filed | March 30, 2020 | August 8, 2020 |
|---|---|---|
| All motions in limine must be filed | June 22, 2020 | November 6, 2020 |
| Agreed pretrial order due | July 15, 2020 | November 30, 2020 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | July 15, 2020 | November 30, 2020 |
| Pretrial Conference | July 17, 2020 | December 3, 2020 |

DATED this 27th day of March, 2020.

LOWE GRAHAM JONES[PLLC]

*s/Mark P. Walters*
Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T:206.381.3300
Attorney for Defendants

SIMBURG, KETTER, SHEPPARD & PURDY, LLP

*s/Melvyn J. Simburg*
Melvyn J. Simburg, WSBA #4773
*msimburg@sksp.com*
999 Third Avenue, Suite 2525
Seattle, WA 98101
T: 206.382.2600
Attorney for Plaintiff

STIPULATED AND ORDER
TO AMEND CASE SCHEDULE - 2
Civil Action No. 2:19-cv-00588-MJP
Global Cure v Alfa Pharma.C19-588.Revised Stipulated Motion Amend Case Schedule

LOWE GRAHAM JONES[PLLC]
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

# ORDER

IT IS SO ORDERED.

Dated this 2nd day of April, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

**Presented By:**

Lowe Graham Jones<sup>PLLC</sup>

*s/Mark P. Walters*
Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
Attorney for Defendants

STIPULATED AND ORDER
TO AMEND CASE SCHEDULE - 3
Civil Action No. 2:19-cv-00588-MJP
Global Cure v Alfa Pharma.C19-588.Revised Stipulated Motion Amend Case Schedule

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301