# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GLOBAL CURE MEDICINE LLC, | CASE NO. C19-588 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALFA PHARMA LLC, SULIMAN AL-FAYOUMI | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

During the Pretrial Conference held on December 3, 2020, the Court provided its oral ruling on the Parties' Motions in Limine (Dkt. Nos. 54 and 55). As set forth in full detail on the record, the Court GRANTED in part and DENIED in part Plaintiff's Motions in Limine as follows: Ms. Al-Fayoumi will be permitted to testify but there will be no evidence or testimony about any proceedings against Ms. Al-Fayoumi in Oman. The Court RESERVED RULING on Defendants' Motions in Limine and will consider the admissibility of the letters at trial and any

testimony as to damages after the parties submit additional briefing. During the Pretrial Conference on December 3, 2020, the Court GRANTED in part and DENIED in part the Motion for Determination of Issues before Trial (Dkt. No. 60). As set forth in full detail on the record, the Court ruled as follows: (1) the issue of merchantability of the drugs remains undecided, including as to Plaintiff's breach of the implied warranty of merchantability; (2) damages from Plaintiff's loss of its license in Oman are not recoverable, and the scope of consequential damages remains to be determined after the parties will submit briefing; and (3) evidence concerning investigations by the FDA and Washington Department of Health shall be excluded, but evidence as to Alfa Pharma's license status can be presented.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 8, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk